IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EMMA YOUNG | § § | |
| v. | § § | C.A. NO. _____ |
| | | JURY DEMANDED |
| ATWOOD OCEANICS, INC., ARAMARK CORPORATION, AND ARAMARK U.S. OFFSHORE SERVICES, L.L.C. | § § § | |

## RULE 7.1 DISCLOSURE STATEMENT OF ARAMARK CORPORATION AND ARAMARK U.S. OFFSHORE SERVICES, LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants ARAMARK Corporation and ARAMARK U.S. Offshore Services, L.L.C. provide the following information:

ARAMARK Intermediate Holdco Corporation is the parent company of ARAMARK Corporation and ARAMARK U.S. Offshore Services, L.L.C. ARAMARK Holdings Corporation is the parent company of ARAMARK Intermediate Holdco Corporation. No publically held corporation owns 10% or more of the stock of ARAMARK Corporation, ARAMARK U.S. Offshore Services, L.L.C., and ARAMARK Intermediate Holdco Corporation. Investment funds associated with GS Capital Partners, J.P. Morgan Partners, CCMP Capital Investors, and Thomas H. Lee Partners each own an equity interest of 10 percent or more in ARAMARK Holdings Corporation.

                    Respectfully submitted,

                    BROWN SIMS

                    By: /s/ Allen D. Hemphill
                        Allen D. Hemphill
                        Attorney-in-Charge
                        Texas Bar No. 00796740
                        1177 West Loop South, Tenth Floor
                        Houston, Texas 77027-9007
                        Tel: (713) 629-1580
                        Fax: (713) 629-5027
                        ahemphill@brownsims.com

                    ATTORNEY FOR DEFENDANTS ARAMARK CORPORATION, ARAMARK U.S. OFFSHORE SERVICES, L.L.C., and ATWOOD OCEANICS, INC.

Of Counsel:

Kenneth G. Engerrand
BROWN SIMS
Texas Bar No. 06619500
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
Tel: (713) 629-1580
Fax: (713) 629-5027
kengerrand@brownsims.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy has been served upon the following counsel via e-file. If counsel is not a user of the e-file system, then this document will be served *via* Certified Mail, return receipt requested on the 4th day of October, 2013.

Jason A. Itkin
Cory D. Itkin
Noah M. Wexler
ARNOLD & ITKIN, LLP
6009 Memorial Drive
Houston, Texas 77007
*Attorneys for Plaintiff*

/s/ Allen D. Hemphill
Allen D. Hemphill