IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EMMA YOUNG | § | |
| | § | |
| v. | § | C.A. NO. 1:13-cv-00609 |
| | § | JURY DEMANDED |
| ATWOOD OCEANICS, INC., ARAMARK CORPORATION, AND ARAMARK U.S. OFFSHORE SERVICES, L.L.C. | § § § | |

## FIRST AMENDED RULE 7.1 DISCLOSURE STATEMENT OF ARAMARK CORPORATION AND ARAMARK U.S. OFFSHORE SERVICES, LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants ARAMARK Corporation and ARAMARK U.S. Offshore Services, L.L.C. provide the following information:

ARAMARK Intermediate Holdco Corporation is the parent company of ARAMARK Corporation and ARAMARK U.S. Offshore Services, L.L.C. ARAMARK Holdings Corporation is the parent company of ARAMARK Intermediate Holdco Corporation. ARAMARK Holdings Corporation is a publically held company as of December 12, 2013.

        Respectfully submitted,

        BROWN SIMS

        By: /s/ Allen D. Hemphill
            Allen D. Hemphill
            Attorney-in-Charge
            Texas Bar No. 00796740
            1177 West Loop South, Tenth Floor
            Houston, Texas 77027-9007
            Tel: (713) 629-1580
            Fax: (713) 629-5027
            ahemphill@brownsims.com

        ATTORNEY FOR DEFENDANTS ARAMARK CORPORATION, ARAMARK U.S. OFFSHORE SERVICES, L.L.C., and ATWOOD OCEANICS, INC.

Of Counsel:

BROWN SIMS
Kenneth G. Engerrand
Texas Bar No. 06619500
Jennifer C. Hancock
Texas Bar No. 24038830
1177 West Loop South, Tenth Floor
Houston, Texas 77027 9007
Tel: (713) 629 1580
Fax: (713) 629 5027
kengerrand@brownsims.com
jhancock@brownsims

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy has been served upon the following counsel via e-file. If counsel is not a user of the e-file system, then this document will be served *via* Certified Mail, return receipt requested on the 17[h] day of December, 2013.

Jason A. Itkin
Cory D. Itkin
Noah M. Wexler
ARNOLD & ITKIN, LLP
6009 Memorial Drive
Houston, Texas 77007
*Attorneys for Plaintiff*

                                              /s/ Allen D. Hemphill
                                              Allen D. Hemphill