IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EMMA YOUNG | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION No. 1:13-cv-609 |
| v. | § | |
| | § | JUDGE RON CLARK |
| ATWOOD OCEANICS, INC., ARAMARK | § | |
| CORPORATION, & ARAMARK U.S. | § | |
| OFFSHORE SERVICES, L.L.C. | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

Before the court is the parties' Agreed Motion to Dismiss All Claims with Prejudice

[Doc. 14]. Having considered the motion, the court is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that the parties' Agreed Motion to Dismiss All Claims

with Prejudice [Doc. 14] is GRANTED. Plaintiff's claims against Defendants are DISMISSED

WITH PREJUDICE.  Each party shall bear its own costs.

IT IS FURTHER ORDERED that all pending motions are DENIED AS MOOT.


So **ORDERED** and **SIGNED** this **17** day of **June, 2014.**


_____
Ron Clark, United States District Judge